UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

SHAKIAH M  WASHINGTON

: Chapter 13

Debtor(s)    : Bankruptcy No. 18-13936JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

**Date: August 28, 2019**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRANDON J PERLOFF ESQ
KWARTLER MANUS LLC
1429 WALNUT STREET SUITE 701
PHILADELPHIA PA 19102-

SHAKIAH M   WASHINGTON
1136 ATWOOD ROAD
PHILADELPHIA, PA 19151