United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13936-jkf
Shakiah M. Washington                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2            Date Rcvd: Aug 28, 2019
                            Form ID: pdf900        Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db             +Shakiah M. Washington,    1136 Atwood Road,    Philadelphia, PA 19151-3107
14121771       +Debt Recovery Solution,    Attn: Bankruptcy,    PO Box 9003,    Syosset, NY 11791-9003
14184054       +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
14121773       +Homebridge Financial Services, Inc.,    425 Phillips Blvd,    Ewing NJ 08618-1430
14239371        New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
14121775       +Philadelphia Gas Works,    1137 Chestnut St.,    Philadlephia, PA 19107-3619
14121776       +Rebecca A. Solarz,    KML Law Group, P.C.,    701 Market St, #5000,    Philadelphia, PA 19106,
                 RSolarz@kmllawgroup.com 19106-1541
14121777       +South Shore Bank,    Attn: Bankruptcy,    PO Box 151,    Weymouth, MA 02188-0904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2019 03:03:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2019 03:03:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14121770        E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:48     City of Philadelphia,
                 Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
                 Philadelphia, PA 19102-1595
14121772       +E-mail/PDF: pa_dc_ed@navient.com Aug 29 2019 03:06:17     Dept of Ed / Navient,
                 Attn: Claims Dept,    PO Box 9635,    Wilkes Barr, PA 18773-9635
14189673        E-mail/PDF: pa_dc_claims@navient.com Aug 29 2019 03:06:17
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14121774       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 29 2019 03:03:21     PECO,    2301 Market St,
                 Philadelphia, PA 19103-1380
                                                                                             TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Shakiah M. Washington bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2              Date Rcvd: Aug 28, 2019
                               Form ID: pdf900             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    :

SHAKIAH M   WASHINGTON

                                                                                       : Chapter 13

       Debtor(s)                                          : Bankruptcy No. 18-13936JKF

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

Jean K. FitzSimon, B. J.

**Date: August 28, 2019**

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRANDON J PERLOFF ESQ
KWARTLER MANUS LLC
1429 WALNUT STREET SUITE 701
PHILADELPHIA PA 19102-

SHAKIAH M   WASHINGTON
1136 ATWOOD ROAD
PHILADELPHIA, PA 19151